FILED

1 Name: GAIL Shareef Golden
2 Address: 11171 Oakwood Dr #D304
3 Loma Linda CA
4 Phone: (323) 391-9284
5 Plaintiff In Pro Per

2022 JUL -7 PM 4:11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LACV22-4653 MCS-GJSx

GAIL Golden c/o John Cox,

PLAINTIFF,

vs.

Delta Airlines/Alleny Global Corp. c/o Sharon Fiedmanski
P.O. Box 740174 Atlanta GA
30374-0174

DEFENDANT(S).

Case No.: _____
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____
_____

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under Western Division _____

---
1
---

Pro Se Clinic Form          Page Number

## II. VENUE

2. Venue is proper pursuant to _____

## III. PARTIES

3. Plaintiff's name is Gail Sharoof Golden c/o Idakll Cop. Plaintiff resides at: 11171 Oak wood Dr # D304 Loma Linda CA 92354

4. Defendant Delta Airlines/Alliany Global Corp c/o Sharon Fieldmanski P.O Box 740174 Atlanta GA 30374-0174

5. Defendant _____

2

Pro Se Clinic Form                Page Number

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

___. Defendant _____
*Insert ¶ #*

_____
_____
_____
_____

## IV. STATEMENT OF FACTS

Insert ¶ #  On Jan 14th 2020 Delta Flight # DL89 destination of Shanghai China experienced a malfunction of one engine shortly after Take off. The pilot declared an Emergency & dropped jet fuel on our area of community on the way to the Los Angeles Airport for Emergency landing (the Incident).

Insert ¶ #

Insert ¶ #

4

Pro Se Clinic Form          Page Number

Insert ¶ #

Insert ¶ #

Insert ¶ #

5

Pro Se Clinic Form Page Number

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(Delta Airlines Flight #DL89)
*insert title of cause of action*

(As against Defendant(s): Delta Airlines Inc/Alliance Global Corp C/o Sharon Zielmanski)

Insert ¶ # . Idabell Cox was affected. By this Jet fuel drop she was unaware of it at first - shortly after she became in severe pain of her whole body & complain of (SOB) Shortness of Breath within 1 year she is deceased!

Pro Se Clinic Form

## SECOND CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____ )

*Insert ¶ #*

_____

*Insert ¶ #*

_____

*Insert ¶ #*

_____

# THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

Insert ¶ #

Insert ¶ #

Insert ¶ #

Pro Se Clinic Form

8

Page Number

## FOURTH CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

9

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

That court hear this plea and grant legal protection & declarance under the law for this unfortunate Incident & request 10 million dollars in U.S. currency

10

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _July 7th 2022_

Sign: _Gail Shareef Golden_
Print Name: _GAIL Shareef Golden_
Plaintiff in pro per

Pro Se Clinic Form

Page Number: 11



Allianz Global Corporate & Specialty

Allianz Global Corporate & Specialty
Allianz Global Risks US Insurance Company
P.O. Box 740174
Atlanta, GA 30374-0174
Phone (678) 393-4019
Fax (888) 259-0197
Sharon.zielmanski@agcs.allianz.com

June 28, 2022

**VIA U.S. Mail**

Shareef Golden
11171 Oakwood Dr., Unit D304
Loma Linda, CA 92354

**Re:    January 14, 2020 Delta Flight No. DL89 Fuel Jettison Event**

Claimant:  Shareef Golden
Allianz Claim No.: AL114087M

Dear Mr. Golden:

We write to provide you with an update on your claim.

As you know, on January 14, 2020, Delta Flight No. DL89, with a destination of Shanghai, China, experienced a malfunction of one engine shortly after takeoff. The pilots thereafter declared an emergency and instituted emergency procedures, including jettisoning fuel to ensure a safe landing weight. They then returned to Los Angeles International Airport for an emergency landing (the "Incident").

As previously reported, several lawsuits have been filed in the United States District Court for the Central District of California relating to the incident. All of these actions have been consolidated under a single case, *In Re: Delta Air Lines, Inc.*, Lead Case No. LA CV20-00786-JAK. There are currently a number of unresolved issues in this lawsuit, including rulings sought from the Court regarding its ultimate determination of whether Delta can be held at fault. As a result, we are still unable to provide you with a definitive answer regarding your claim.

We want to again remind you of the applicable statute of limitations in California (*i.e.*, the deadline for initiating a legal action). For bodily injury claims, the statute of limitations is two years from the date of the Incident. Due to the COVID-19 pandemic, however, the statute of limitations has been extended. Thus, if you have not filed a lawsuit by **July 11, 2022,** or the case has not been resolved by that time, you will be barred from legal recovery for any bodily injury that you attribute to the Incident[2].

As to property damage claims, the statute of limitations in California is three years from the date of the Incident. Again, due to the COVID-19 pandemic, the statute of limitations has been extended. Thus, if you have not filed a lawsuit by **July 11, 2023**, or the case has not been resolved by that time, you will be barred from legal recovery for any property damage that you attribute to the Incident.

---

[2] The expiration of the statute of limitations on July 11, 2022, does not apply to minor claimants.



Shareef Golden
June 28, 2022
Page 2

We will continue to provide periodic updates regarding the status of your claim. If you have not already done so, we respectfully request that you provide us with any and all documentation in support of your claim that you have sustained bodily injury or property damage as a result of the Incident. Such documents should include copies of any and all medical records relating to treatment that you received in connection with the Incident, or repairs to damaged property that you attribute to the Incident. You should include any bills, receipts, videos, and/or photographs that you may have that relate to or that may support your claim. Please add your claim number to all correspondence.

Please send any such materials to the following address:

Allianz Global Risks US Insurance Company
P.O. Box 740174
Atlanta, GA 30374-0174

If you prefer to send documents electronically, please send them to Sharon.Zielmanski@agcs.allianz.com.

Very truly yours,

*[signature: Sharon Zielmanski]*

Sharon Zielmanski